CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Dalila Trujillo-Morales<br>YOB: 1993; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-07074MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Count 1: On or about January 7, 2026, at or near Nogales, in the District of Arizona, **Dalila Trujillo-Morales**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on March 5, 2024, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2: On or about January 7, 2026, at or near Nogales, in District of Arizona, **Dalila Trujillo-Morales**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Dalila Trujillo-Morales** is a citizen of Mexico. On March 5, 2024, **Dalila Trujillo-Morales** was lawfully denied admission, excluded, deported and removed from the United States through El Paso, Texas. On January 7, 2026, agents found **Dalila Trujillo-Morales** in the United States at or near Nogales, Arizona without the proper immigration documents. **Dalila Trujillo-Morales** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Dalila Trujillo-Morales** admitted to illegally entering the United States of America from Mexico on or about January 7, 2026, at or near Nogales, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Taylor W. Garrett<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] *Jacqueline M. Rateau* | DATE<br>January 8, 2026 |

1) See Federal Rules of Criminal Procedure Rule 3, 4.1, and 54
Reviewing AUSA: Hopkin